UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRUCE W. COMBS, a married man,<br><br>Plaintiff,<br><br>v.<br><br>BOC GROUP, INC., d/b/a BOC GASES, now known as LINDE, LLC,<br><br>Defendant. | NO. CV-10-239-EFS<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** |

By the parties' Stipulated Motion for Dismissal filed August 24, 2011, ECF No. 20, the parties advise the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees to either party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, **IT IS ORDERED:**

1. Plaintiff's Complaint, **ECF No. 1 Ex. 1,** is **DISMISSED WITH PREJUDICE** and without costs or fees to either party;

2. All pending trial and hearing dates are **STRICKEN**;

3. All pending motions are **DENIED AS MOOT**; and

4. This file shall remain **CLOSED**.

//
/

ORDER * 1

1 **IT IS SO ORDERED.** The District Court Executive is directed to enter
2 this Order and provide copies to counsel.
3     **DATED** this ___26th___ day of August 2011.
4
5                         S/ Edward F. Shea
                              EDWARD F. SHEA
6                      United States District Judge
7
Q:\Civil\2010\239.Stip.Dismiss.lc2.wpd
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER * 2